## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

---

DONALD HEISER and JEAN HEISER,    :
    :  C.A. No.: No. 1:21-cv-00002-MN-SRF
      Plaintiffs,    :
    :  ASBESTOS
    v.    :
    :  JURY TRIAL DEMANDED
VIACOMCBS INC.; et al.    :
    :
      Defendants.    :

---

## STIPULATION AND ORDER TO REMAND

**WHEREAS** the Defendant, ViacomCBS Inc. removed the above captioned matter from the Superior Court of the State of Delaware in and for New Castle County; and

**WHEREAS** the Defendant, ViacomCBS Inc. was the only party to file a Notice of Removal has now been dismissed; and

**WHEREAS** defense liaison counsel (on behalf and with consent of all remaining defendants), and counsel for Plaintiffs have agreed to remand;

It is stipulated as follows:

That the matter be remanded to the Superior Court of the State of Delaware in and for New Castle County with the parties bearing their own attorney's fees and costs.

PLAINTIFFS
By their attorneys,

DEFENSE LIAISON COUNSEL

**NAPOLI SHKOLNIK, LLC**

**DICKIE, McCAMEY & CHILCOTE**

BY: */s/ Katherine Barksdale*

BY: */s/ William R. Adams*

Katherine Barksdale, Esq., #6101
919 N. Market St., Suite 1801
Wilmington, DE 19801

William R. Adams, Esq. #4972
222 Delaware Ave., Suite 1040
Wilmington, DE 19801

Dated: November 2, 2021

Dated: November 2, 2021

SO ORDERED this _____ day of _____, 2021

_____
UNITED STATES DISTRICT JUDGE

13464358.1